IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA upon the relation and for the use of the TENNESSEE VALLEY AUTHORITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:18-cv-01194 Judge Trauger |
| ADDITIONAL RIGHTS WITH RESPECT TO A PREEXISTING EASEMENT AND RIGHT-OF- WAY OVER LAND IN MONTGOMERY COUNTY, TENNESSEE, ET AL., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

This case is either assigned to Judge Trauger or soon will be transferred to her.

It is hereby ORDERED that a case management conference will be held in Judge Trauger's chambers on March 6, 2019 at 1:00 p.m. Lead counsel for all parties shall appear for the case management conference. No draft case management order need be filed prior to the conference.

It is so **ORDERED.**

Enter this 5th day of February 2019.

_____
ALETA A. TRAUGER
U.S. District Judge